**UNITED STATES of America,**
**Appellee,**

v.

**Kenneth ISAACS, Appellant.**

**No. 04–2264.**

United States Court of Appeals,
Eighth Circuit.

Submitted: June 1, 2005.

Decided: June 6, 2005.

Angela S. Jegley, U.S. Attorney's Office, Little Rock, AR, for Appellee.

Kenneth Isaacs, Little Rock, AR, pro se.

Before BYE, RILEY, and COLLOTON, Circuit Judges.

PER CURIAM.

Kenneth Isaacs appeals the sentence the district court[1] imposed after he pleaded guilty to conspiring to distribute and to possess with intent to distribute hydromorphone, in violation of 21 U.S.C. § 846. His counsel has moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). We reject counsel's suggestion that appellant's prior federal conviction for escape should not be considered a predicate offense for career-offender classification. *See United States v. Nation,* 243 F.3d 467, 472–73 (8th Cir.2001) (holding that escape is categorically crime of violence). Having reviewed the record independently pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues for appeal. Accordingly, we affirm.

---

1. The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.